In the Matter of Louise E. Dankberg et al., Respondents, v Christopher B. Spuches, Appellant, et al., Respondent. In the Matter of Christopher B. Spuches, Appellant, v Board of Elections in the City of New York et al., Respondents, et al., Objectant. [746 NYS2d 596]

Upon review of the record, we find that petitioners met their burden under Election Law § 16-110 (2). While not in itself determinative, we note that appellant initially filed to change his party registration. Concur—Saxe, J.P., Friedman and Gonzalez, JJ.

Buckley and Marlow, JJ., dissent in a memorandum by Buckley, J., as follows: Based upon our review of the evidence and the law, we conclude that petitioners failed to meet their burden under Election Law § 16-110 (2).